NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUCIO CELLI,**

*Plaintiff-Appellant*

**v.**

**NEW YORK CITY, UNITED FEDERATION OF TEACHERS, NYC TEACHER'S RETIREMENT SYSTEM, NYC DEPT. OF EDUCATION, MULGREW,** United Federation of Teachers, **RANDI WEINGARTEN, American Federal of Teachers, EEOC, ENGELMAYER, CLERK WOLFE, CHIEF JUDGE LIVINGSTON, JUDGE COGAN, BEN SILVERMAN, SUSAN KELLMAN, DONALD J. TRUMP, SANTANA, DEPARTMENT OF JUSTICE, (BOP/US Marshals),**

*Defendants-Appellees*

---

2026-1407

---

Appeal from the United States District Court for the Southern District of New York in No. 1:24-cv-09743-JPC-RWL, Judge John P. Cronan.

---

**ON MOTION**

---

2                                               CELLI v. NEW YORK CITY

PER CURIAM.

# O R D E R

Upon consideration of Lucio Celli's motion to transfer this appeal to the United States Court of Appeals for the Second Circuit,

IT IS ORDERED THAT:

The motion is granted. *See* 28 U.S.C. §§ 41, 1294, 1295, 1631. This appeal and all filings are transferred to the United States Court of Appeals for the Second Circuit.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 15, 2026
Date